Cora Stebbins Dickinson, Respondent, v. George E. Dickinson, Appellant.— Order modified by reducing counsel fee to $200, and

74 630
Case 4
173 NY 418

74 630
Case 1
D173 NY 601

as modified affirmed, without costs. No opinion.

Joseph B. Guttenberg, Respondent, v. The New York Elevated Railroad Company and The Manhattan Railway Company, Appellants.—Judgment affirmed, with costs. No opinion.